JUDGE DAVID GUADERRAMA   **FILED**

IN THE UNITED STATES DISTRICT COURT   JUN 16 2021
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-21-CR- |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | CT 1: 8 U.S.C. § 1326(a) – Illegal Re-Entry |
| JOSE WILSON BAUTISTA, | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:   **EP21CR1010**

**COUNT ONE**
(8 U.S.C. § 1326(a))

On or about May 24, 2021, in the Western District of Texas, Defendant,

**JOSE WILSON BAUTISTA,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
_____
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney